## ited States Bankruptcy Court
## Northern District of Illinois

**VOLUNTARY PETITION**

| Name of Debtor (if individual enter Last,, First, Middle): <br><br>MAIDA, FRANK | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| all other names | All Other Names used by the Joint Debtor in the last 6 years (includes married, maiden, ad trade names): |
| Social Sec./Tax I.D. ( if more than one, state all): <br><br>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 | Social Sec./Tax I.D. No. (If more than one state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code) <br> 8759  West Summerdale   Unit 1-B <br> Chicago, IL   60656 | Street address of Joint Debtor (No. & Street, City, State & Zip Code) |
| County of Residence or of the Principal Place of business:                 COOK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue(Check any applicable box)
[√ ]  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of  this petition or for a longer part of such 180 days than in any other District.
[  ]  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|

Type of Debtor (Check all boxes that apply)
■ Individual(s)            ❏ Railroad
❏ Corporation            ❏ St
ockbroker
❏ Partnership            ■ Commodity Broker
Other_____

Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)
■ Chapter 7        ❏        Chapter 11        ❏ Chapter 13
❏ Chapter 9        ❏        Chapter 12
Sec. 304 - Case ancillary to foreign proceeding

Nature of Debts (Check one box)
■ Consumer/Non-Business        ❏ Business

Chapter 11 Small Business (check all boxes that apply)
❏ Debtor is a small business as defined in 11 U.S.C. Sec. 101
❏ Debtor is and elects to be considered a small business under
    11 U.S.C.  Section 1121 (c) (Optional)

Filing Fee (Check one box)
■  Full Filing Fee attached
❏  Filling fee to be paid in installments (Applicable to individuals only)
    Must attached signed Application for the court's consideration
    certifying that the debtor is unable to pay fee except in installments.
    Rule 1006(b) .  See Official Form No. 3

Statistical/Administrative Information (Estimates only)
❏ Debtor estimates the funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there
    will be  no  funds available for distribution to unsecured creditors.

**TH IS SPACE FOR COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-299 |
|---|---|---|---|---|
| | ❏ | ■ | ❏ | ❏ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $ 500,001 to $1 million | $1,000,001 to $10 million | $10,000,00 to $50 million |
|---|---|---|---|---|---|
| ■ | ❏ | ❏ | ❏ | ❏ | ❏ |

Estimated Debts

| $ 0 to $ 50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,000 to $50 million |
|---|---|---|---|---|---|
| ❏ | ❏ | ■ | ❏ | ❏ | ❏ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)   FRANK MAIDA |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (if more than one use additional sheet)** |
|---|

| Location Northern District of Illinois<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (if more than one use additional sheet)** |
|---|

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Signatures** |
|---|

### Signature(s) of Debtor(s) Individual/Joint

I declare under penalty of perjury that the information provided in the petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title ll, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7. I request relief in accordance with the chapter of title ll, United States Code, specified in this petition.

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signatures of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

**/s/ Jay Weisman**
Signature of Attorney for Debtor(s)

**JAY WEISMAN**
Printed Name of Attorney for (Debtor(s))

**WEISMAN  & WEISMAN  P. C.**
Firm Name

**188 W. RANDOLPH STREET    - SUITE 1126**
Address

**CHICAGO, ILLINOIS   60601**

**(312)  782-3750**
Telephone Number

_10/12/05_____
Date

#### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commissions pursuant to Section 13 or 5(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)
_____ Exhibit A is attached and made a part of this Petition

#### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner herein (he or she) may proceed under chapter 7, 11, 12 or 13 of title ll, United States Code and have explained the relief available under each chapter.

_____
Signature of Attorney for Debtor(s)              Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S. C. Sec. 110, that I prepared the document for compensation and that I have provided  the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_ _____
Address

_____
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title ll and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. Section 110; 18 U.S.C. Section 156.

In re:   FRANK MAIDA

## SCHEDULE A - REAL PROPERTY

| Description and location of property<br>......................................................................<br>**Nature of debtor's interest in property** | Current market value of debtor's interest in the property without deducting any secured claim or exemption<br>......................................................................<br>**Amount of secured claim** |
|---|---|
| Single family residence located at<br>5127  S. Newland Avenue<br>Chicago, IL  60638-1122 | Current FMV:        $350,000.00 |
| Washington Mutual Home Loans  (Mortgage)<br>P. O. Box 1093<br>Northridge, CA  91328 | Secured Claim:      $310,000.00 |
| Harris Trust & Savings Bank  (Home Equity)<br>P. O. Box 6201<br>Carol Stream, IL  60197-6201 | Secured Claim:      $ 48,000.00 |
| | TOTAL:        $358,000.00 |

In re:  FRANK MAIDA

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property<br>.........................................................................<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemptions |
| --- | --- |
| 1.   Cash on hand. | $100.00 |
| 2.   Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.   **Checking account - Charter One** | $200.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | NONE |
| 4.   Household goods and furnishings, including audio, video, and computer equipment.<br>     Debtor's interest:<br>     Total debt on property:   **$5,600.00**<br>     Location:  **In debtor's possession.** | $300.00 |
| 5.   Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE |
| 6.   Wearing apparel. | $250.00 |
| 7.   Furs and jewelry. | NONE |
| 8.   Firearms and sports, photographic, and other hobby equipment. | NONE |
| 9.   Interests in insurance policies. | NONE |
| 10.  Annuities. | NONE |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. **City of Chicago Retirement Pension**<br>**401(k) Pepsico** | $100,000.00<br>$ 38,000.00 |
| 12.  Stock and interest in incorporated and unincorporated businesses. | $   0.00 |
| 13.  Interests in partnerships or joint ventures. | NONE |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE |
| 15.  Accounts receivable. | NONE |
| 16.  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. | NONE |

## SCHEDULE B - PERSONAL PROPERTY (continued)

| Type of Property<br>.................................................................<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|
| 17.    Other liquidated debts owing debtor including tax refunds. | NONE |
| 18.    Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | NONE |
| 19.    Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE |
| 20.    Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. | NONE |
| 21.    Patents, copyrights, and other intellectual property. | NONE |
| 22.    Licenses, franchises, and other general intangibles. | NONE |
| 23.    Automobiles, trucks, trailers, and other vehicles or accessories.    2001 Chevy S10- pick-up 78,000 miles - fair condition | |
|                    Debtor's interest: | $ 2,700.00 |
|                    Total debt on property:   $3,000.00 | |
|           1992 Olds Calais  - 28,000 miles fair condition | $    800.00 |
|    Secured creditor(s): | |
| 24.    Boats, motors, and accessories. | NONE |
| 25.    Aircraft and accessories. | NONE |
| 26.    Office equipment, furnishings, and supplies | NONE |
| 27.    Machinery, fixtures, equipment, and supplies used in business. | NONE |
| 28.    Inventory. | NONE |
| 29.    Animals. | NONE |
| 30.    Crops - growing or harvested. | NONE |
| 31.    Farming equipment and implements. | NONE |
| 32.    Farm supplies, chemicals and feed. | NONE |
| 33.    Other personal property of any kind not already listed. | NONE |
| TOTAL: | $ 142,350.00 |

In re:  FRANK MAIDA

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor in entitled under:
### 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 et. seq.

| Description of property ---------------------------------------------------------- -Specify law providing each exemption | Value of claimed exemption ---------------------------------------------------------------- --Current market value of property without deducting exemption |
| --- | --- |
| 1.    Real Estate<br>        Section 5/12-901 | $ 7,500.00 |
| 2.    Wearing Apparel<br>        Section 5/12-1001(a) | $   250.00 |
| 3.    Cash and Bank Accounts<br>        Section 5/12-1001(b) | $   300.00 |
| 4.    Household goods<br>        Section 5/12-1001(b) | $   300.00 |
| 5.    Automobiles<br>        Section 5/12-1001(c) | $ 1,200.00 |
| 6.    Pension 401(k)<br>        Section 5/12-1006 | $138,000.00 |

Debtor claims any unused portion of
$2,000 personal property exemption

In re:  FRANK MAIDA

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code -------------------------------------------------------------------------- - Date claim was incurred, nature of lien and description and market value of property subject to lien | Amount of claim without deducting value of collateral -------------------------------------------------------- - Unsecured portion if any |
|---|---|

Account No. 5972641749                                      Amount of claim:   $310,000.00
Washington Mutual Home Loans
P. O. Box 1093
Northridge, CA  91328

Washington Mutual Home Loans       For Notice Purposes Only
c/o  Ernest Codilis, Jr.
15W30 N. Frontage Rd.
Burr Ridge, IL  60527

        Incurred:           1/2000
        Nature of Lien:     Mortgage
        Claim is:          Liquidated
        Collateral description:  5127 S. Newland Ave.; Chicago, IL 60636
        Collateral market value: $350,000.00

Harris Trust & Savings Bank                     Amount of claim:   $48,000.00
P. O. Box 6201
Carol Stream, IL  60197-6201
6100143423

Harris Trust & Savings Bank       For Notice Purposes Only
c/o Statman Harris Siegel LLC
333 W. Wacker Drive    Suite 1710
Chicago, IL  60606

        Incurred:           2003
        Nature of Lien:     Home Equity Loan
        Claim is:          Liquidated
        Collateral description:  5127 S. Newland Ave.; Chicago, IL 60636
        Collateral market value:  $350,000.00

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

(continued)

Citizens Automobile Finance Inc.                                        Amount of claim:   $3,000.00
2705678544
P. O. Box 42115
Providence, RI 02940-2115

          Incurred:              2/2001
          Nature of Lien:        automobile loan
          Claim is:                 liquidated
          Collateral description:    2001 Chevy S-10 Pick-up truck
          Collateral market value:  2,700.00

                                                            **Total: $361,000.00**

In re:  FRANK MAIDA

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim. | - <br> Total amount of claim |

TYPE OF PRIORITY CLAIMS:

### Wages, Salaries and Commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately *preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

### Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

### Certain Farmers or Fishermen

Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. sec. 507(a)(5).

### Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. sec. 507(a)(6).

### Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(7).

Illinois Department of Revenue          2003  taxes                    $700.00
Collection Bureau
P. O. Box 19035
Springfield, IL  61794-9035

In re:  FRANK MAIDA

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code<br>------------------------------------------------------------------<br>Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | Amount of claim |
|---|---|

AAA Credit Card
4264296301056583
P. O. Box  15026
Wilmington, DE 19850-5026

consumer purchases
1992-2002

Amount of claim:   $13,483.22

American General Finance
0020010259517650171
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Ave.  Suite 200
Cleveland OH  44113-1099

furniture purchase
2004-2005

Amount of claim:   $5,600.00

American General Finance
0020010259517650171
160 E. Golf Rd.   Suite 10
Schaumburg, IL  60173-3726

For Notice Purposes only

Bay Furniture
0020010259517650171
P. O. Box 3212
Evansville, IN 47731-3212

For Notice Purposes only

Bay Furniture
0020010259517650171
Payment Processing Center
Carol Stream, IL 60197-4181

For Notice Purposes Only

Blue Cross Blue Shield of Illinois
P17600
300 East Randolph
Chicago, IL   60601-5099

medical services
2004-2005

Amount of claim:   $   600.00

Brinks Home Security
10751 6643 6353  5983
P. O. Box  660418
Dallas, TX 75266-0418

security services
2003-2005

Amount of claim:   $ 533.04

Brinks Home Security                     For Notice Purposes Only
10751 6643  6353 5983
P. O. Box 70834
Charlotte, NC  28272-0834


Carson Pirie Scott
129408081                                consumer purchases          Amount Unknown
P. O. Box 17633
Baltimore, MD 21297-1633


CitiPlatinum                             consumer purchases          Amount of claim:    $8,256.53
5424180377164105                         1992-2002
Box 6000
The Lakes,  NV 89163-6000


Citibank
5424180377164105                         For Notice Purposes Only
NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044


Commonwealth Edison                      electricity services        Amount of claim:    $1,000.00
10 S. Dearborn
Chicago, IL


Discover                                 consumer purchases          Amount of claim:   $11,398.00
6011007260284616                         1992-2002
P. O. Box 30395
Salt Lake City, UT   84130-0395


Discover Platinum                        consumer purchases          Amount of claim:   $10,942.25
6011007620713809                         1992-2002
P. O. Box 30395
Salt Lake City, UT  84130-0395


The Home Depot                           consumer purchases          Amount of claim:    $3,617.93
603532007611192                          2002-2004
Processing Center
Des Moines, IA 50364-0500


The Home Depot                           For Notice Purposes Only
6035320076111192
GC Services Limited Partnership
6330 Gulfton
Houston, TX     77081


The Home Depot                           For Notice Purposes Only
6035320076111192
P. O. Box 26999
San Diego, CA 92196

JC Penney
24837483601
P. O. Box 960001
Orlando, FL  32896-0001

consumer purchases
2004-2005

Amount of claim:  $    719.10

Kirsh & Berman, Ltd.
Attorneys at Law
10 S. LaSalle St.
Chicago, IL  60603

Legal fees - divorce
2004-2005

Amount of claim:  $11,000.00

Kohls
P. O. Box 17633
Baltimore, MD 21297-1633

consumer purchases
2002-2005

Amount Unknown

Mrzyglod, Zbigniew
05 L 9227
c/o Bradley H. Foreman
6914 W. North Avenue
Chicago, IL  60707

personal loan - 2003

Amount of claim: $50,000.00

Peoples Energy
150034912412
130 E. Randolph
Chicago, IL

energy services 2003-2005

Amount of claim:  $    900.00

Pitler and Mandell
13333 001
Attorneys at Law
39 S. LaSalle St.  Suite 1220
Chicago, IL  60603

Foreclosure action
legal fees

Amount of claim: $1,385.00

Sears Gold Mastercard
5121071829533623
P. O. Box  182156
Columbus, OH 4318-2156

consumer purchases
2001-2004

Amount of claim: $1,975.74

Sears Gold Mastercard
5121071829533623
CitiCards - Card Service Center
P. O.  Box 6921
The Lakes, NV 88901

For Notice Purposes Only

Sam's Club
P. O. Box 530942
Atlanta, GA 30353-0942

consumer purchases
2002-2005

Amount Unknown

Supra Products
111112
4001 Fairview Industrial Dr. SE
Salem, OR 97302-1142

lock box services
2004-2005

Amount of claim: $200.00

Target National Bank                     consumer purchases                      Amount Unknown
916625959490
P. O. Box 59317
Minneapolis, MN  55459-0317


Von Maur                                 consumer purchases                      Amount of claim: $8,000.00
6565 Brady Street                        2002-2005
Davenport, IA 52806


**TOTAL       $ 129,610.81**

In Re:

       FRANK MAIDA,

              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property, include any timeshare interest.

    State nature of debtors' interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    **NOTE**:  A party listed on this schedule will not receive notice of the filing of this cases unless the party is also scheduled in the appropriate schedule of creditors.

    ⊠ Check this box if debtor has no executory contracts of unexpired leases.

| Name and mailing address, including zip code, of other parties to lease or contract | Description and contract or lease and nature of debtor's interest.  State whether lease is for non-residential real property.   State contract number of any government contract. |
|---|---|
|  |  |

In re:

     FRANK MAIDA,

Debtor

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed  by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

     □ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| ANTOINETTE MAIDA<br>5127 S. Newland Avenue<br>Chicago, IL   60638 | AAA Credit Card<br>P. O. Box 15026<br>Wilmington, DE 19850-5026 |
| same as above | Carson Pirie Scott<br>P. O. Box 17633<br>Baltimore, MD 21297-1633 |
| same as above | CitiPlatinum<br>Box 6000<br>The Lakes,  NV 89163-6000 |
| same as above | Commonwealth Edison<br>10 S. Dearborn<br>Chicago, IL |
| same as above | Discover<br>P. O. Box 30395<br>Salt Lake City, UT   84130-0395 |
| same as above | Discover Platinum<br>P. O. Box 30395<br>Salt Lake City, UT  84130-0395 |
| same as above | Kohls<br>P. O. Box 17633<br>Baltimore, MD 21297-1633 |

**SCHEDULE H - CODEBTORS** (continued)

same as above                    Peoples Energy
                                 130 E. Randolph
                                 Chicago, IL

same as above                    Sears Gold Mastercard
                                 P. O. Box  182156
                                 Columbus, OH 4318-2156

same as above                    Sears Gold Mastercard
                                 CitiCards - Card Service Center
                                 P. O.  Box 6921
                                 The Lakes, NV 88901

same as above                    Sam's Club
                                 P. O. Box 530942
                                 Atlanta, GA 30353-0942

same as above                    Target National Bank
                                 P. O. Box 59317
                                 Minneapolis, MN  55459-0317

same as above                    Von Maur
                                 6565 Brady Street
                                 Davenport, IA 52806

same as above                    Washington Mutual Home Loans
                                  P. O. Box 1093
                                  Northridge, CA  91328

same as above                    Harris Trust & Savings Bank
                                 P. O. Box 6201
                                 Carol Stream, IL  60197-6201

In re:   FRANK MAIDA

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

DEBTOR'S MARITAL STATUS:          Married     (Divorce pending)

DEPENDENTS OF DEBTOR
Living with debtor and receiving support for:
**NONE**

Living with debtor:

Not living with debtor but paying support for:     three minor children, ages, 13, 16, and 17

EMPLOYMENT:

| | | |
|---|---|---|
| Occupation | : Laborer | Real Estate Agent - Part time |
| Employer name | : City of Chicago  - Water Department | City Lights Realty |
| How Long employed | : 26 years | 10 months |
| Address of employer | :   Jardine Plant - Chicago, IL | 5559 West Henderson |
| | | Chicago, IL |
| Occupation | : | |
| Employer name | : | |
| How Long employed | : | |
| Address of employer | : | |

INCOME:

Current monthly gross wages, salary, and commissions............................................ 4,849.60
Estimated monthly overtime.................................................................. 0.00
SUBTOTAL........................................................................................ 4,849.00

                 LESS PAYROLL DEDUCTIONS
                 a.       Payroll taxes and social security........................................... 425.80
                 b.       Insurance.......................................................................... 157.08
                 c.       Union dues.......................................................................... 108.96
                 d.       Other:     Labor pension            412.22
                                     Child Support           2,000.00
                 SUBTOTAL OF DEDUCTIONS.................................................. 3,104.06
TOTAL NET MONTHLY TAKE HOME PAY...................................................... 1,744,94

Regular income from operation of business or other source..-.Part-time real estate agent   1,000.00
(See ATTACHMENT TO SCHEDULE J)

**TOTAL MONTHLY INCOME............................................................**    **2,744.94**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within
the year following the filing of this document:

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for **DEBTOR**

Rent/home mortgage payments.............................................................................. 900.00

### REAL ESTATE TAXES ARE INCLUDED.
### PROPERTY INSURANCE IS INCLUDED.

| | | |
|---|---|---|
| Utilities:  Electricity and heating fuel............................................................ | | 80.00 |
| Water and sewer..................................................................... | | 0.00 |
| Telephone...............................................................Cell | | 160.00 |
| | Home | 42.00 |
| Other: | | |
| Garbage..................................................................... | | 0.00 |
| Security..................................................................... | | 0.00 |
| Cable........................................................................ | | 125.00 |

Home maintenance........................................................................ 40.00
Food............................................................................................. 300.00
Clothing....................................................................................... 25.00
Laundry and dry cleaning............................................................. 60.00
Medical and dental expenses........................................................ 0.00
Transportation.............................................................................. 210.00
Recreation, clubs, and entertainment........................................... 25.00
newspapers, magazines, etc.......................................................... 5.00
Charitable contributions................................................................ 10.00

**Insurance**:

Homeowner's or renter's...................................................... 0.00
Life................................................................................. 0.00
Health............................................................................. 0.00
Auto............................................................................... 100.00

Other:

**Taxes:**
Real estate (property) taxes........................................................................
Installment payments:
Auto.................................................................................. 186.00
Other:

Alimony, maintenance, and support paid to others.................................................... 2,000.00

Payments for support of additional dependent not living at your home...................... 0.00

Regular expenses from operation of  business, profession, or farm............................

|  |  |
|---|---|
| Rent -  desk space at City Lights Realty | 500.00 |
| Real estate fees - MLS fees, errors and omissions insurance, State Board fees | 75.00 |
| Supplies | 25.00 |

(See ATTACHMENT TO SCHEDULE J)

Other:

**NONE**

TOTAL MONTHLY EXPENSES............................................................................    $4,868.00

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  - 18 U.S.C. secs. 152 and 3571.)

In re:

FRANK MAIDA

Debtor

## DECLARATION CONCERNING DEBTOR' S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I,  FRANK MAIDA    , named as the debtor in this case, declare under penalty of perjury

that I have read the foregoing **summary and schedules**, consisting of    17    sheets, and that it is true and correct to

the best of my information and belief.

Signature: _____    Date: _____

FRANK MAIDA

*The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  - 18 U.S.C. secs. 152 and 3571.)*

In Re:   FRANK MAIDA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| SUMMARY OF SCHEDULES | | | | |
|---|---|---|---|---|
| **Schedule Name** | | **Assets** | **Liabilities** | **Other** |
| **x (marked if attached)** | | **# sheets** | | |
| ___ A- Real Property | 1 | 350,000.00 | | |
| ___ B - Personal Property | 2 | 142,350.00 | | |
| ___ C - Property Claimed as exempt | 1 | | | |
| ___ D - Creditors Holding Secured claims | 1 | | 361,000.00 | |
| ___ E - Creditors Holding Unsecured Priority Claims | 1 | | 700.00 | |
| ___ F - Creditors Holding Unsecured Non-Priority Claims | 1 | | 129,610.81 | |
| ___ G - Executory Contracts and unexpired Leases | | | | |
| ___ H - Codebtors | 1 | | | |
| ___ I - Current Income of Individual Debtors | 2 | | | 2,744.94 |
| ___ J - Current Expenditures of Individual | 1 | | | 4,868.00 |
| **Summary Sheet** **Total No. of Sheets of All Schedules** | 1 | | | |
| **Total Assets** | 492,350.00 | | | |
| **Total Liabilities** | 491,310.81 | | | |
| **Total No.  of Creditor(s)** | 33 | | | |
| **Excess Income (if any) -** | | | | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                          Case No.:_____

    **FRANK MAIDA**

      **Debtor(s)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  Each question must be answered.  If the answer to any question is "none", or the question is not applicable, mark the box labeled "none".  If additional space is needed for the answer  to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITION

"In business" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form, if the debtor is or has been, within the years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation: a partner, other than a Limited partner, or a partnership; a sole proprietor or self employed.

"Insider"  the term "insider" includes but is not limited to: relatives of the debtor: general partners of the debtor and their relatives; corporations of which the debtor is an officer, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101(30).

**STATEMENT OF FINANCIAL AFFAIRS**

None    1.  **INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from  operation of the debtor's business from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.

**DEBTOR**

| Year to Date: | Amount | Source(if more than one) |
|---|---|---|
| 2005: | 40,000.00 | 14,000.00  - real estate agent |
| 2004: | 100,000.00 | |
| 2003: | 150,000.00 | |

None    2.      **INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars,  If a joint petition is filed, state income for each spouse separately.

None 3.  **PAYMENTS TO CREDITORS**

☐

a.  List all payments on loans, installment purchase of goods or services, and other dates aggregating services, and other dates, aggregating more than $600 to any creditor, made within 90 days immediately  preceding the commencement of this case. **Payments to creditors as finances allowed.**

None

☒

b.  List all payments made within one year immediately preceding commencement of this case to or for the benefit of creditors  who are or were insiders.

None    4.  **SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

☐

a.  List all suits to which the debtor is or was a party to within one year immediately preceding the filing of this bankruptcy  case.

| Caption of Suit and Case Number | Nature of Proceeding | Court and Location | Status or Disposition |
|---|---|---|---|
| Marriage of Maida Case No. 03 D6 30971 | Dissolution of Marriage | Circuit Court Cook County | Pending |

Washington Mutual          Mortgage Foreclosure      Circuit Court          Pending
Home Loan vs. Maida,                                 Cook County
et.al., Case No. 04 CH 9583

Mrzyglod vs. Maida         Contract                  Circuit Court          Pending
05 L 9227                                            Cook County

None

☒

   b. Describe all property that has been attached, garnished or seized under any legal or equitable
     process within one year immediately preceding the commencement of this case.

---

None   **5. REPOSSESSIONS, FORECLOSURES AND RETURNS**

   List all property that has been repossessed by a creditor, sold, transferred through a deed in lieu of
   foreclosure or returned to the seller, within one year immediately preceding the commencement of
   this case.

☐  **Foreclosure pending in Circuit Court of Cook County - Washington Mutual Home Loan
   -vs- Maida, et.al. Case No. 04 CH 9583**

---

None   **6. ASSIGNMENTS AND RECEIVERSHIPS**

☒   a. Describe any assignment of property for the benefit of creditor made within **120 days**
    immediately preceding the commencement of this case.

None

☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official
    within one year immediately preceding the commencement of this case.

---

None   **7. GIFTS**

☒  List all gifts or charitable contributions made within one year immediately preceding the
   commencement of this case except ordinary and usual gifts to family members aggregating less
   than $200.00 in value per individual family member and charitable contributions aggregating less
   than $100 per recipient.

---

None   **8. LOSSES**

☒  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding
   the commencement of this case or **since the commencement of this case**.

---

None   **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

☒       a. List all payments made or property transferred by or on behalf of the debtor to any persons,
          including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy
          law or preparation of a petition in bankruptcy within one year immediately preceding the
          commencement of this case.

      **Weisman & Weisman, P.C.**
      **188 W. Randolph Street**
      **Suite 1126**
      **Chicago, IL 60601**
      **(312) 782-3750**

                            Filing fee:          $   209.00
                            Attorney's fees:     $2,000.00
                            Source was:              Debtor's earnings
                            Date(s) of payment:  October, 2005

None   10. **OTHER TRANSFERS**

☒       List all other property, other than property transferred in the ordinary course of the business or
        financial affairs of the  debtor, transferred either absolutely or as security within **one year**
        immediately  preceding the commencement of this case.

None   11. **CLOSED FINANCIAL ACCOUNTS**

☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the
        debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one
        year  immediately preceding the commencement of this case.

None   12. **SAFE DEPOSIT BOXES**

☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or
         other valuables within  one year immediately preceding the commencement of this case.

None   13. **SETOFFS**

☒        List all setoffs made by any creditor, including a bank, against a debt or deposit or the debtor within
        90 days preceding the commencement of this case.

None   14. **PROPERTY HELD FOR ANOTHER PERSON**

☒        List all property owned by another person that the debtor holds or controls

None  15. **PRIOR ADDRESS OF DEBTOR**

☒ If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition if filed, report also any separate address of either spouse.  **5127 S. Newland Avenue; Chicago, IL 60638 - 7/25/03**

None  16. **SPOUSES AND FORMER SPOUSES**

☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,

Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

None  17. **ENVIRONMENTAL INFORMATION**

☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☐ b. List the name and address of every site for which the debtor has provided notice to a governmental unit of a release of Hazardous Material. Indicated the governmental unit to which the notice was sent and the date of the notice.

☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceedings, and the docket number.

None  18. **NATURE, LOCATION AND NAME OF BUSINESS**

☒ a. If the debtor is an individual, list the names addresses, taxpayer identification numbers, nature of of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self- employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities with the six years immediately preceding the commencement of this case.

☐ b. If the debtor is an partnership, list the names addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

☐  b.  If the debtor is a corporation, list the names, and taxpayer identification numbers, nature
of the businesses and beginning and ending dates of all businesses in which the debtor was a
partner or  owned 5 percent or  more of the voting or equity securities, within six years
immediately  preceding the commencement of this case.


   b.  Identify any business listed in response to subdivision a., above that is "single asset real estate" as
defined in 11 U.S.C Section 101.

---

(The  penalties  for  making  a  false  statement  or  concealing  property  is  a  fine  of  up  to  $500,000  or
imprisonment for up to 5 years or both.

---

### DECLARATION

I,  FRANK MAIDA, named as the debtor in this case, declare under penalty of perjury that I have read the
foregoing statement of Financial Affairs, consisting of 7 sheets, and that it is true and correct to the best of
my information and belief.


Signature:_____     Date:_____
       FRANK MAIDA



Jay Weisman  and Ross Weisman
WEISMAN & WEISMAN, P.C.
188 West Randolph Street    Suite 1126
Chicago, Illinois 60601
(312) 782-3750

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

|  |  |  |
|---|---|---|
| FRANK MAIDA | | CASE NO. |
| Debtor(s), | | |

### CHAPTER 7 DEBTOR'S STATEMENT OF INTENTION

1.    I, FRANK MAIDA, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    My intention with respect to the property of the Estate which secures those consumer debts is as follows:

| NAME AND ADDRESS OF CREDITOR | DESCRIPTION OF PROPERTY | DEBTOR'S INTENTION |
|---|---|---|
| Citizens Bank<br>P. O. Box 42115<br>Providence, RI  02940-2115 | 2001 Chevy S10 Pickup | Reaffirm |
|  |  |  |

3.    I understand that Section 521(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45 day period, fixes.

Date:_____        _____
                                                                            FRANK MAIDA

Jay Weisman and Ross Weisman
Weisman & Weisman, P.C.
Attorneys for the Debtor
188 West Randolph St., Suite 1126
Chicago, Illinois 60601
(312) 782-3750

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

      FRANK MAIDA                                                                Case No. _____

               Debtor(s)


**DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. 329
AND BANKRUPTCY RULE  2016(b)**


      I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in, or in connection with, case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:     $2,000.00     paid,      $0.00      to be paid, that the source of the compensation was income earned and that the source of the compensation agreed to be paid is future income.

      I have not agreed to share this compensation with any other person.


Dated:    ___10/12/05_____          ____/s/ Jay Weisman_____

                                                Attorney for the Debtor