UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
MAIDA, FRANK                        §       Case No. 05-58597
                                    §
            Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

         Funds were disbursed in the following amounts:

         Payments made under an interim
         disbursement
         Administrative expenses
         Other payments to creditors
         Non-estate funds paid to 3rd Parties
         Exemptions paid to the debtor
         Other payments to the debtor

         Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 05-58597  SQU  Judge: JOHN SQUIRES | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MAIDA, FRANK | Date Filed (f) or Converted (c): 10/15/05 (f) |
| | | 341(a) Meeting Date: 02/06/06 |
| For Period Ending: | 03/16/11 | Claims Bar Date: 09/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5127 S. Newland, Chicago Illinois | Unknown | 0.00 | | 370,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 174.35 | Unknown |
| 3. CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. CHECKING ACCOUNT | 200.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL AND JEWELRY | 250.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. PENSION PLANS AND PROFIT SHARING | 138,000.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. STOCK AND BUSINESS INTERESTS | Unknown | 0.00 | DA | 0.00 | FA |
| 10. 2001 CHEVY | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 11. 1992 OLDS | 800.00 | 0.00 | DA | 0.00 | FA |

|   |   |   |   |
|---|---|---|---|
| | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $142,350.00 | $0.00 | $370,174.35     $0.00 |
| | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST

LFORM1  **UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*  Ver: 16.01c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 05-58597    SQU    Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MAIDA, FRANK | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | 341(a) Meeting Date: | 02/06/06 |
| | | Claims Bar Date: | 09/05/06 |

Initial Projected Date of Final Report (TFR): 12/30/08     Current Projected Date of Final Report (TFR): 02/01/10

/s/    BRENDA PORTER HELMS, TRUSTEE
_____     Date: 03/16/11
    BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-58597 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | MAIDA, FRANK | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1891 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4240 | | |
| For Period Ending: | 03/16/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/06 | 1 | First American Title Insurance Co.<br>30 N. LaSalle Street Suite 2220<br>Chicago IL 60602 | net proceeds from sale of residence | | 8,605.89 | | 8,605.89 |
| | | FIRST AMERICAN TITLE INSURANCE CO. | Memo Amount: 370,000.00<br>gross sales amount | 1110-000 | | | |
| | | LOANS, COUNTRYWIDE HOME | Memo Amount: ( 275,479.73 )<br>Payoff first mortgage | 4110-000 | | | |
| | | HARRIS BANK | Memo Amount: ( 53,506.69 )<br>Payoff second mortgage | 4110-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 1,893.92 )<br>real estate tax proration | 4120-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 1,068.89 )<br>2006 real estate taxes | 2820-000 | | | |
| | | REALTY, NOWAK | Memo Amount: ( 4,900.00 )<br>Real estate commission | 3520-000 | | | |
| | | REALTY, NU VISION | Memo Amount: ( 4,900.00 )<br>Realtor commission | 3510-000 | | | |
| | | DITOWSKY, KEN | Memo Amount: ( 750.00 )<br>ATTORNEYS FEES | 2500-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 1,175.00 )<br>Title insurance | 2500-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 26.00 )<br>record release | 2500-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 185.00 )<br>Transfer stamps | 2500-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 370.00 )<br>State transfer taxes | 2500-000 | | | |
| | | FIRST AMERICAN INSURANCE | Memo Amount: ( 1,000.00 ) | 2500-000 | | | |

Page Subtotals    8,605.89    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-58597 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MAIDA, FRANK | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1891 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4240 | | | |
| For Period Ending: | 03/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Funds held in title indemnity | | | | |
| | | MAIDA, ANTOINETTE | Memo Amount:    (        8,605.88 ) | 2990-000 | | | |
| | | | 1/2 of proceeds | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:    (           30.00 ) | 2500-000 | | | |
| | | | delivery fees | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:    (          200.00 ) | 2500-000 | | | |
| | | | Title indemnity service fee | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:    (            3.00 ) | 2500-000 | | | |
| | | | State owners policy fee | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:    (           50.00 ) | 2500-000 | | | |
| | | | Title charges | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:    (        2,250.00 ) | 2500-000 | | | |
| | | | Funds held in T. I. | | | | |
| | | GARZA, LAURA | Memo Amount:    (        5,000.00 ) | 1180-000 | | | |
| | | | Earnest money | | | | |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.63 | | 8,607.52 |
| 05/06/06 | | Ditkowsky & Contorer Escrow Acct | proceeds of T.I. from real estate s | 2500-000 | | -500.00 | 9,107.52 |
| | | 2626 W. Touhy | | | | | |
| | | Chicago IL 60645 | | | | | |
| 05/22/06 | | Ditkowsky & Contorer | PROCEEDS FROM REAL ESTATE SALE | 2500-000 | | -347.00 | 9,454.52 |
| | | 2626 W. Touhy Ave | | | | | |
| | | Chicago IL 60645 | | | | | |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.61 | | 9,462.13 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.78 | | 9,469.91 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.04 | | 9,477.95 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.05 | | 9,486.00 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.79 | | 9,493.79 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.07 | | 9,501.86 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.81 | | 9,509.67 |

Page Subtotals     56.78     -847.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 05-58597 -SQU | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MAIDA, FRANK | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******1891 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4240 | | | | |
| For Period Ending: | 03/16/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.08 | | 9,517.75 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.08 | | 9,525.83 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 10.25 | 9,515.58 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.31 | | 9,522.89 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.09 | | 9,530.98 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.83 | | 9,538.81 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.10 | | 9,546.91 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.85 | | 9,554.76 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.12 | | 9,562.88 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.12 | | 9,571.00 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.09 | | 9,577.09 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 6.10 | | 9,583.19 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 5.12 | | 9,588.31 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.58 | | 9,592.89 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.80 | | 9,596.69 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.28 | | 9,598.97 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.27 | | 9,601.24 |
| 04/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.97 | | 9,603.21 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.21 | | 9,604.42 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,605.61 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.22 | | 9,606.83 |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.21 | | 9,608.04 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,609.23 |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.93 | | 9,610.16 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.79 | | 9,610.95 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 9,611.44 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,611.52 |
| 02/06/09 | 000102 | International Sureties Ltd | trustee bond | 2300-000 | | 10.40 | 9,601.12 |

Page Subtotals 112.10 20.65

FORM 2

Page: 4

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58597 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MAIDA, FRANK | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1891  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4240 | | | |
| For Period Ending: | 03/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 9,601.19 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,601.27 |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 9,601.48 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,601.72 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,601.96 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 9,602.20 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,602.44 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,602.68 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,602.92 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,603.16 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,603.40 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,603.64 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,603.86 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,604.11 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,604.35 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,604.59 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,604.83 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,605.07 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,605.32 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,605.56 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,605.80 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,606.04 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,606.28 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,606.52 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,606.59 |

Page Subtotals       5.47       0.00

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 05-58597 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MAIDA, FRANK | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1891  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4240 | | | |
| For Period Ending: | 03/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 370,000.00 | COLUMN TOTALS | 8,780.24 | -826.35 | 9,606.59 |
| Memo Allocation Disbursements: | 361,394.11 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 8,780.24 | -826.35 | |
| Memo Allocation Net: | 8,605.89 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 8,780.24 | -826.35 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 370,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 361,394.11 | Money Market - Interest Bearing - *******1891 | 8,780.24 | -826.35 | 9,606.59 |
| Total Memo Allocation Net: | 8,605.89 | | 8,780.24 | -826.35 | 9,606.59 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE   Date: 03/16/11
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

LFORM24

Ver: 16.01c

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-58597 | | Page 1 | | Date: October 26, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | MAIDA, FRANK | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 070 7100-00 | Recovery Management Systems Corp for GE Money Bank d/b/a JC Penney 25 SE 2nd Ave. Suite 1120 Miami FL 33131 | Unsecured | | $732.21 | $0.00 | $732.21 |
| 2 070 7100-00 | Discover Bank/Discover Financial P.O. Box 8003 Hiliard OH 43026 | Unsecured | | $9,896.43 | $0.00 | $9,896.43 |
| 3 070 7100-00 | Zbigniew Mrzyglod c/o Bradley Foreman 6914 W. North Ave Chicago IL 60707 | Unsecured | | $58,000.00 | $0.00 | $58,000.00 |
| | Case Totals: | | | $68,628.64 | $0.00 | $68,628.64 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-58597
Case Name: MAIDA, FRANK
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corp | $ | $ | $ |
| 2 | Discover Bank/Discover Financial | $ | $ | $ |
| 3 | Zbigniew Mrzyglod | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE