UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MAIDA, FRANK                          §    Case No. 05-58597
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF COURT
                219 S. DEARBORN STREET
                CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/21/2011 in Courtroom 682,
                Dirksen Federal Building
                219 S. Dearborn Street
                Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/16/2011                By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MAIDA, FRANK § Case No. 05-58597
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 365,174.35 |
| and approved disbursements of | $ | 355,567.76 |
| leaving a balance on hand of[1] | $ | 9,606.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,000.00 | $ 0.00 | $ 3,000.00 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 73.00 | $ 0.00 | $ 73.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,073.00 |
| Remaining Balance | | $ | 6,533.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,628.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Recovery Management Systems Corp | $ 732.21 | $ 0.00 | $ 69.71 |
| 2 | Discover Bank/Discover Financial | $ 9,896.43 | $ 0.00 | $ 942.16 |
| 3 | Zbigniew Mrzyglod | $ 58,000.00 | $ 0.00 | $ 5,521.72 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,533.59 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

       Prepared By: /s/Brenda Porter Helms
                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 05-58597-JBS
Frank Maida Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 2     Date Rcvd: Mar 17, 2011
                   Form ID: pdf006    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2011.

```
db          +Frank Maida,    8759 W. Summderdale Unit 1-B,    Chicago, IL 60656-2324
aty         +Jay Weisman, ESQ,    Weisman & Weisman PC,    100 N. LaSalle St.,    Suite 1910,
              Chicago, IL 60602-3521
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
10316579     AAA Credit Card,    4264296301056583,    P. O. Box 15026,    Wilmington, DE 19850-5026
10316580     American General Finance           :,    00200102595176501717,
              Weltman, Weinberg & Reis Co., L.P.A.,    323 W. Lakeside Ave. Suite 200,
              Cleveland OH 44113-1099
10316583     Bay Furniture,    00200102595176171,    Payment Processing Center,    Carol Stream, IL 60197-4181
10316582     Bay Furniture,    00200102595176501717,    P. O. Box 3212,    Evansville, IN 47731-3212
10316584     Blue Cross Blue Shield of Illinois,    P17600,    300 East Randolph,    Chicago, IL  60601-5099
10316586     Brinks Home Security,    10751 6643 6353 5983,    P. O. Box 70834,    Charlotte, NC  28272-0834
10316585     Brinks Home Security,    10751 6643 6353 5983,    P. O. Box 660418,    Dallas, TX 75266-0418
10316587     Carson Pirie Scott,    129408081,    P. O. Box 17633,    Baltimore, MD 21297-1633
10316588     CitiPlatinum,    5424180377164105,    Box 6000,    The Lakes,  NV 89163-6000
10316589    +Citibank,    5424180377164105,    NCO Financial Systems Inc.,    507 Prudential Road,
              Horsham, PA 19044-2368
10316577     Citizens Automobile  Finance Inc.,    2705678544,    P. O. Box 42115,    Providence, RI 02940-2115
10316575     Harris Trust & Savings Bank,    61001043423,    P. O, Box 6201,    Carol Stream,  IL 60197-6201
10316576    +Harris Trust & Savings Bank,    c/o Statman Harris Siegel LLC,    333 W. Wacker Drive Suite  1710,
              Chicago, IL 60606-1226
10316578     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10316597    +Kirsh & Berman, Ltd.,    Attorneys at Law,    10 S. LaSalle St.,    Chicago, IL 60603-1002
10316598     Kohls,    P. O. Box 17633,    Baltimore, MD 21297-1633
10316599    +Mrzyglod, Zbigniew,    05 L 9227,    c/o Bradley H. Foreman,    6914 W. North Avenue,
              Chicago, IL 60707-4413
10316600    +Peoples Energy,    150034912412,    130 E. Randolph,    Chicago, IL 60601-6207
10316601    +Pitler and Mandell,    13333 001,    Attorneys at Law,    39 S. LaSalle St.  Suite 1220,
              Chicago, IL 60603-1717
10316602    +Sears Gold Mastercard,    5121071829533623,    P. O. Box 182156,    Columbus, OH 43218-2156
10316603    +Sears Gold Mastercard,    5121071829533623,    CitiCards - Card Service Center,    P. O. Box 6921,
              The Lakes, NV 88901-6921
10316605     Supra Products,    111112,    4001 Fairview Industrial Dr. SE,    Salem, OR 97302-1142
10316606     Target National Bank,    916625959490,    P. O. Box 59317,    Minneapolis, MN 55459-0317
10316593     The Home Depot,    6035320076111192,    Processing Center,    Des Moines, IA 50364-0500
10316595    +The Home Depot,    6035320076111192,    P. O. Box 26999,    San Diego, CA 92196-0999
10316594    +The Home Depot,    6035320076111192,    GC Services Limited Partnership,    6330 Gulfton,
              Houston, TX 77081-1198
10316607   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
            (address filed with court:  Von Maur,    6565 Brady Street,    Davenport, IA 52806)
10316574     Washington Mutual Home Loans,    c/o Ernest Codilis, Jr.,    15W30 N. Frontage Rd.,
              Burr Ridge, IL 60527
10316573     Washington Mutual Home Loans,    5972641749,    P. O. Box 1093,    Northgate, CA 91328
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
10316581      E-mail/PDF: cbp@agfinance.com Mar 18 2011 01:26:56      American General Finance,
               00200102595176501717,    160 E. Golf Rd.  Suite 10,    Schaumburg, IL 60173-3726
12510278     +E-mail/PDF: rmscedi@recoverycorp.com Mar 18 2011 01:28:46      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10316590     +E-mail/Text: legalcollections@comed.com Mar 17 2011 22:39:34      Commonwealth Edison,
               10 S. Dearborn,    Chicago, IL 60603-2300
10316591      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 01:26:54
               Discover               :,    6011007260284616,    P. O. Box 30395,
               Salt Lake City, UT    84130-0395
10772669      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 01:26:54
               Discover Bank/Discover Financial Services,    POB 8003,    Hilliard Ohio 43026
10316592      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2011 01:26:54      Discover Platinum,
               6011007620713809,    P. O. Box 30395,    Salt Lake City, UT  84130-0395
10316596      E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2011 01:28:46      JC Penney,    24837483601,
               P. O. Box 960001,    Orlando, FL  32896-0001
12390344      E-mail/PDF: rmscedi@recoverycorp.com Mar 18 2011 01:28:46
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10768577     +E-mail/PDF: rmscedi@recoverycorp.com Mar 18 2011 01:28:46
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10316604      E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2011 01:28:45      Sam's Club,    P. O. Box 530942,
               Atlanta, GA 30353-0942
                                                                                               TOTAL: 10
```

      ***** BYPASSED RECIPIENTS *****
NONE.                           TOTAL: 0

```
District/off: 0752-1           User: rgreen                 Page 2 of 2              Date Rcvd: Mar 17, 2011
                               Form ID: pdf006              Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**                                   **Signature:**    *Joseph Speetjens*